# IN THE U.S. DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CITICAPITAL COMMERCIAL CORPORATION,** | ) ) ) | **8:07CV337** |
| Plaintiff, | ) ) | **ORDER IN AID OF EXECUTION** |
| v. | ) ) | |
| **ALAN J. SHEPPARD and SHERRE L. SHEPPARD,** | ) ) ) | |
| Defendants. | ) | |

It appearing from Plaintiff's Motion (Filing No. 9) filed herein that Plaintiff obtained a judgment against Defendant, Sherre L. Sheppard, and that an examination of Defendant, Sherre L. Sheppard, needs to be made as to the assets and affairs of said Defendant.

**IT IS ORDERED:**

Defendant, Sherre L. Sheppard, shall appear in Courtroom No. 7 of the Roman Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on the **22nd day of July, 2008, at 9:00 a.m.**, to give testimony under oath regarding her property and further to bring with her all documentation necessary to identify the assets and properties of Defendant, including her most recent bank account statements, income tax returns for 2006 and 2007, any and all documents possessed by Defendant exhibiting legal or equitable ownership in any real estate or personal property, any stock certificates, and any and all other documents evidencing the ownership of any property, real or personal.

Dated this 15th day of July, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge