IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CITICAPITAL COMMERCIAL CORPORATION,,** | ) ) ) | |
| Plaintiff, | ) ) | **8:07CV337** |
| vs. | ) ) | **ORDER** |
| **ALAN J. SHEPPARD and SHERRE L. SHEPPARD,** | ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiff's Motion to Continue Order in Aid of Execution (Filing No. 11). A hearing was previously scheduled for July 22, 2008. **See** Filing No. 10. The plaintiff seeks a continuation of the hearing based on the parties' attempts to settle the matter without further court involvement. Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's Motion to Continue Order in Aid of Execution (Filing No. 11) is granted.

2. The hearing previously scheduled for July 22, 2008, is continued *sine die*.

3. **On or before September 2, 2008**, the plaintiff shall file a report regarding the status of settlement.

DATED this 22nd day of July, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge